JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
District of Nevada
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Courtney.Strange@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN PATRICK SOLOMON,<br><br>　　　　　Defendant. | Case No.: 24-cr-00224-JAD-NJK<br><br>**Protective Order** |

  The United States respectfully requests that the Court issue an Order protecting from disclosure to the defendant, Brian Patrick Solomon, the public, or any third party not directly related to this case, any and all unredacted discovery (the "Protected Material") in this case.

  On October 1, 2024, a Federal Grand Jury returned an Indictment charging Solomon with one count of Interstate Communications with Threat to Injure, in violation of 18 U.S.C. § 875(c), and one count of Cyberstalking, in violation of 18 U.S.C. § 2661A(2)(B).[1] The arraignment and plea hearing is currently set for October 8, 2024. On October 3, 2024, the

---

[1] ECF # 11

1

parties met and conferred via email to discuss a potential stipulation for a protective order, but were unable to come to an agreement.

In order to prevent dissemination of the Protected Material, the government requests to restrict access to the Protected Material in this case to the following individuals: attorneys for all parties and any personnel that the attorneys for all parties consider necessary to assist in performing the attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, interpreters, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

The government requests that the defendant, Brian Patrick Solomon, not obtain a copy of the Protected Material. The defendant may, however, review the Protected Material in the presence of his attorney.

Without leave of Court, the government requests the Covered Individuals not:

  a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case or permit dissemination of the Protected Material, to include leaving a copy of the Protected Material with the defendant unattended;
  b. allow any other person to watch, listen, or otherwise review the Protected Material;
  c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any superseding indictment arising out of this case; or
  d. attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

Nothing in this motion is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice. If the defendant proceeds to trial or any evidentiary hearing, the government will confer with defense counsel to determine whether the terms of the requested order should be revisited.

The government requests that the parties inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

DATED October 8, 2024

Respectfully submitted,

JASON FRIERSON
United States Attorney

*/s/ Courtney Strange*
COURTNEY STRANGE
Assistant United States Attorney

**IT IS SO ORDERED:**

October 10, 2024
_____
Date

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3