# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>BRIAN PATRICK SOLOMON,<br><br>        Defendant. | Case No. 2:24-cr-00224-JAD-NJK<br><br>ORDER<br><br>(Docket No. 19) |

Pending before the Court is Defendant Brian Patrick Solomon's motion to reconsider, which the Court **GRANTS**. Docket No. 19. The Court **VACATES** its order at Docket No. 17 and **INSTRUCTS** the Clerk's Office to replace the gavel on the motion at Docket No. 14.

Defendant must respond to the United States' motion for protective order no later than October 30, 2024. Any reply must be filed no later than November 1, 2024.

IT IS SO ORDERED.

DATED: October 23, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE