UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN PATRICK SOLOMON,<br><br>    Defendant. | Case No. 2:24-cr-00224-JAD-NJK<br><br>ORDER |

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    IT IS THEREFORE ORDERED that the parties herein shall have to and including January 22, 2025 to file any and all pretrial motions and notice of defense.

    IT IS FURTHER ORDERED that the parties shall have to and including February 5, 2025 to file any and all responses.

    IT IS FURTHER ORDERED that the parties shall have to and including February 12, 2025 to file any and all replies.

    DATED this 19th day of December, 2024.

                                                                        _____

                                                                 UNITED STATES DISTRICT JUDGE