# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN PATRICK SOLOMON,<br><br>   Defendant. | Case No. 2:24-cr-00224-JAD-NJK<br><br>**Order Setting Hearing** |

Pending before the Court are the Government's motion for protective order and Defendants' motion for leave to file supplement. Docket Nos. 14, 27. The Court hereby **SETS** a hearing on these motions for January 24, 2025, at 10:00 a.m. in Courtroom 3C.

IT IS SO ORDERED.

DATED: January 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge